UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DR. HARSHAD C. PATEL,<br><br>       Plaintiff<br>v.<br><br>ALLSTATE NEW JERSEY INSURANCE COMPANY, et al.,<br><br>       Defendants | Civil Action No.:  3:14-cv-02851 (PGS)<br><br>ORDER |

THIS MATTER having been reviewed by the Court on application by Defendants John J. Hoffman, Acting Attorney General of the State of New Jersey and Ronald Chilemi, the Acting Insurance Fraud Prosecutor, to set their Motion for Sanctions and Motion to Dismiss for a hearing before this Court, and the court having reviewed the papers submitted by the parties, and for good cause shown,

IT IS, on this 17th day of November, 2014,

ORDERED that Defendants' Motion for Sanctions (ECF No. 15) shall be heard on March 2, 2015, at 10:30 a.m.; and it is further

ORDERED that Plaintiff shall file its opposition, if any, by February 2, 2015; and it is further

ORDERED that Defendants' application to set a hearing for the Motion to Dismiss (ECF No. 14) is DENIED AS MOOT.

Dated: November 17, 2014

                                            PETER G. SHERIDAN, U.S.D.J.